UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MABLE A. SMITH,

    Plaintiff,

v.                                              CASE NO: 8:06-cv-1532-T-23EAJ

SHRINER'S HOSPITAL FOR CHILDREN,
et al,

    Defendants.
_____/

## **ORDER**

United States Magistrate Judge Elizabeth A. Jenkins submits a report and recommendation (Doc. 4) on the plaintiff's motion for leave to proceed in forma pauperis. No party objects and the time for filing objections has expired. Accordingly, the report and recommendation (Doc. 4) is **ADOPTED** and the plaintiff's motion (Doc. 2) for leave to proceed in forma pauperis is **GRANTED**. The Clerk shall provide the plaintiff with the appropriate summons forms. The plaintiff shall complete and return the summons forms within twenty days of receipt or no later than **October 30, 2006**. Upon receipt of the completed summons, the United States Marshall shall serve process in this case on the appropriate parties.

    ORDERED in Tampa, Florida, on October 2, 2006.

                                                              STEVEN D. MERRYDAY
                                                               UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy