UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MABLE A. SMITH,

    Plaintiff,

v.                                      Case No: 8:06-cv-1532-T-23EAJ

SHRINER'S HOSPITAL FOR CHILDREN
and ZURICH NORTH AMERICA,

    Defendants.
_____/

## **ORDER**

An order (Doc. 14) directed the plaintiff to show by December 22, 2006, why this action should not be dismissed for failure to respond to the defendants' motion to dismiss and for failure to prosecute. The order warned that failure to comply could result in dismissal of the action without further notice. The plaintiff has neither filed a response nor moved to extend the time for a response.[1] Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution. See Local Rule 3.10. The Clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on December 28, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge

---

[1] The order to show cause was returned as undeliverable mail. The returned mail stated that the plaintiff moved and left no forwarding address.