UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MABLE A. SMITH,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No: 8:06-cv-1532-T-23EAJ

SHRINER'S HOSPITAL FOR CHILDREN,
et. al.,

    Defendants.
_____/

**ORDER**

    Mable A. Smith sues the defendants for alleged violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and the Florida Civil Rights Act of 1992, Chapter 760.01, *et seq.*, Florida Statutes ("FCRA"). The failure to respond to both the defendants' motion to dismiss and an order to show cause resulted (Doc. 15) in the dismissal of the action without prejudice. Construed as a motion under Rule 60(b), Federal Rules of Civil Procedure, Smith's letter (Doc. 17) to the court claims that her failure to prosecute the action arises from a confluence of events, including her eviction from her home and the United States Postal Service's error in forwarding her mail.

    A claim for employment discrimination under Title VII or the FCRA requires the claimant to file the charge of discrimination with the Equal Employment Opportunity Commission or the Florida Commission on Human Rights, respectively, before commencing a private suit. See Wilkerson v. Grinnell Corp., 270 F.3d 1314, 1317 (11th Cir. 2001). The failure to file the charge for administrative action within a specific,

limited time from the date of the allegedly discriminatory act bars the claim for discrimination. Smith's failure to allege the filing of her charge for administrative review, that is, her failure to allege the exhaustion of administrative remedies, warrants dismissal of her complaint, but with leave to file an amended complaint that cures the deficiency (assuming Smith timely filed the charge for administrative action).

Accordingly, the motion (Doc. 17) is **GRANTED** and the order (Doc. 15) dismissing the case without prejudice is **VACATED**. The Clerk is directed to re-open the case and the defendants' motion (Doc. 9) to dismiss is **REINSTATED** and **GRANTED**. Smith may file an amended complaint **on or before February 23, 2007**.[*]

ORDERED in Tampa, Florida, on February 6, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:     US Magistrate Judge

---

[*] Attached to this order is a **"Notice to Federal Pro Se Litigants"** from the Tampa Bay Chapter of the Federal Bar Association. The plaintiff is encouraged to review the Notice and to contact the Federal Bar Association for assistance in prosecuting this action.

## NOTICE TO FEDERAL PRO SE LITIGANTS
(Persons who are involved in a federal lawsuit but don't have an attorney)

If you are interested in obtaining free legal advice concerning your lawsuit, please contact the Tampa Bay Chapter of the Federal Bar Association using the form below.

Members of the Federal Bar Association are willing to meet with pro se litigants to provide <u>limited</u> legal advice.

These attorneys can help you evaluate your lawsuit, explain what your responsibilities are as a party to a lawsuit, and explain the process of preparing and trying a case. They may or may not help you find a lawyer to represent you.

By participating in this program you are not guaranteed that a lawyer will take your case. You will remain entirely responsible for your case.

To participate, complete the following information, sign the form, and mail or fax it to the address listed below.

_____

### PRO SE LITIGATION PROJECT

Name: _____   Date: _____
Address: _____   Day time phone: _____
         _____   Night time phone: _____
Email: _____   Fax: _____
Federal Case No: _____   Are you: ___ Plaintiff   ___ Defendant
(e.g. 8:01-cv-352-T-30ABC)

Name of opposing party(ies): _____

Name of attorney for opposing party: _____

Type of case:

__ employment discrimination        __ labor          __ civil rights   __ contract
__ government benefit               __ criminal       __ family         __ immigration

__ Other (please describe) _____

***I understand that if I participate in this project, I will remain solely responsible and liable for the prosecution of my lawsuit.***

                                          _____
                                                  (signature)
_____

Please return to Federal Bar Pro Se Project:
Mail:  P.O. Box 1288, Tampa, Florida 33601-1288
Fax:   (813) 229-0134

_____